IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DRAGO RAKICH PLAINTIFF

v. Case No. 1:26-cv-1026

MR. MURPHY, *et al*. DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A(a), Judge Comstock recommends that Plaintiff's claims be dismissed for failure to state a claim upon which relief may be granted. Judge Comstock explains that Plaintiff's claims under 42 U.S.C. § 1983 are not cognizable against private individuals who are not acting under color of law. Judge Comstock further recommends that the Clerk be directed to place a strike flag on this case pursuant to 28 U.S.C. § 1915(g) and that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of the recommended dismissal would not be taken in good faith.

Plaintiff has not responded to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 10) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to place a strike flag on this case pursuant to 28 U.S.C. § 1915(g) for future judicial consideration. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this Order will not be taken in good faith.

**IT IS SO ORDERED**, this 18th day of August, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge